UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ-24-388 |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| SHILOH JOHNSTON, | |
| Defendant. | |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is charged with possession of child pornography, starting at an unknown date but continuing through June 4, 2024. Defendant has lived in Western Washington for many years and has family members who are supportive. These positive factors are outweighed by several negative factors. Defendant has a concerning criminal history. In 2019, he was convicted of Child Molestation in the Third Degree in Whitman County. The government indicates the state prosecutor in that case is issuing an arrest warrant and seeks revocation of the special sex offender sentencing alternative and imposition of a prison term.  In 2019, Defendant was also convicted of Luring in Snohomish County. According to the pretrial report, Defendant was

DETENTION ORDER - 1

1    revoked by the Washington Department of Corrections and placed into custody between March

2    and September of 2021. The Department of Corrections reports Defendant is in violation of his

3    conditions of state supervision and they will submit a report to the state sentencing judge.  The

4    defense indicated they did not contest detention at this point in light of the fact the state courts

5    are issuing a warrant for Defendant's arrest.

6         It is therefore **ORDERED**:

7         (1)    Defendant shall be detained pending trial and committed to the custody of the

8    Attorney General for confinement in a correctional facility separate, to the extent practicable,

9    from persons awaiting or serving sentences, or being held in custody pending appeal;

10        (2)    Defendant shall be afforded reasonable opportunity for private consultation with

11   counsel;

12        (3)    On order of a court of the United States or on request of an attorney for the

13   Government, the person in charge of the correctional facility in which Defendant is confined

14   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

15   connection with a court proceeding; and

16        (4)    The Clerk shall provide copies of this order to all counsel, the United States

17   Marshal, and to the United States Probation and Pretrial Services Officer.

18        DATED this 15th day of July, 2024.

19

20        _____

21        BRIAN A. TSUCHIDA
          United States Magistrate Judge

22

23

DETENTION ORDER - 2