HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-0123-JCC |
| Plaintiff, | |
| vs. | (PROPOSED) ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| SHILOH JOHNSTON, | |
| Defendant. | |

THE COURT has considered the unopposed motion (**Dkt. No. 18**) to extend the pretrial motions deadline and the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from August 19, 2024, to September 2, 2024.

DONE this 19th day of August 2024.

*[signature: John C Coughenour]*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Shiloh Johnston

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*U.S. v. Johnston,* CR24-123-JCC)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100