THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHILOH L. JOHNSTON, <br><br> Defendant. | No. CR24-123-JCC <br><br> (~~PROPOSED~~) ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from January 6, 2025, to January 21, 2025.

DONE this 3rd day of January 2025.

*[signature: John C Coughenour]*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Shiloh L. Johnston

ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE
(*United States v. Johnston*, CR24-123-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100