THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-123-JCC |
| Plaintiff, | ) | |
| | ) | (PROPOSED) ORDER TO EXTEND |
| v. | ) | PRETRIAL MOTIONS DEADLINE |
| SHILOH L. JOHNSTON, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline (**Dkt 29**) along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from September 8, 2025, to September 22, 2025.

DONE this 8th day of September 2025.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Shiloh L. Johnston

ORDER TO EXTEND PRETRIAL MOTIONS
DEADLINE
(*United States v. Johnston*, CR24-123-JCC) - 1