THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-123-JCC |
| Plaintiff, | ) | |
| v. | ) | (~~PROPOSED~~) ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| SHILOH L. JOHNSTON, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline (**dkt 38**) along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from April 17, 2026, to May 1, 2026.

DONE this 16th day of April 2026.

_John C. Coughenour_

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Shiloh L. Johnston