Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SHILOH L. JOHNSTON,

        Defendant.

No. 2:24-CR-00123-JCC

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE

This matter comes before the court on a defense motion for a continuance of the trial date and pretrial motions due date (**dkt 47**). The defendant has consulted with his attorney, he agrees to the continuance, and ~~he will~~ **has** execute**d** a speedy trial waiver. The United States does not oppose this motion.

The court has reviewed the facts described in the motion to continue, which the court finds sufficient to support the following conclusions:

1)    Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary

[~~Proposed~~]ORDER GRANTING UNOPPOSD MOTION
TO CONTINUE TRIAL AND PRETRIAL MOTIONS

for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 USC § 3161(h)(7)(B)(iv);

2)    A failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 USC § 3161(h)(7)(B)(i);

3)    The additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

4)    The ends of justice will best be served by a continuance, and the ends of justice outweigh the bests interests of the public and the defendant in any speedier trial, as set forth in 18 USC § 3161(h)(7)(A);

5)    The additional time requested between the current trial date and the new trial date is necessary to provide counsel for the defendant reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

IT IS THEREFORE ORDERED that the trial date shall be continued to November 30, 2026 **and the pretrial motion deadline continued to October 2, 2026**.

[~~Proposed~~]ORDER GRANTING UNOPPOSD MOTION
TO CONTINUE TRIAL AND PRETRIAL MOTIONS

IT IS FURTHER ORDERED that the resulting period of delay from the filing of the motion to continue to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Ordered this 22nd day of June 2026.

The Honorable John C. Coughenour
United States District Judge

[Proposed]ORDER GRANTING UNOPPOSD MOTION
TO CONTINUE TRIAL AND PRETRIAL MOTIONS